No. 98–6278. SIDLES v. STEWART, DIRECTOR, ARIZONA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6279. HURD v. IOWA DEPARTMENT OF HUMAN SERV-ICES. Sup. Ct. Iowa. Certiorari denied.

No. 98–6283. PALMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6297. STRABLE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–6302. TILDON v. MCCONNELL. C. A. 4th Cir. Certio-rari denied.

No. 98–6313. KOWALCZYK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6328. AUGUST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6329. PRICE v. UNITED STATES. C. A. D. C. Cir. Cer-tiorari denied.

No. 98–6330. STONE-LAO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6331. RESTREPO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6332. CERVANTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6340. CROSBY v. UNITED STATES. C. A. 4th Cir. Cer-tiorari denied.

No. 98–6344. SUMLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6346. CHARLES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6347. CROCKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.